# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s)

Names: Robert Carlborg

21-1994 C

Location of Plaintiff(s)/Petitioner(s) (city/state): San Luis Rey, CA

(If this is a multi-plaintiff case, pursuant to RCFC 20(a), please use a separate sheet to list additional plaintiffs.)

Name of the attorney of record (See RCFC 83.1(c)): Charles W. Gittins
    Firm Name: (solo)

Contact information for pro se plaintiff/petitioner or attorney of record:

Post Office Box:
Street Address: 139 Mallard Drive
City-State-ZIP: Lake Frederick, VA 22630
Telephone Number: 540-327-2208
E-mail Address: cgittins@aol.com

Is the attorney of record admitted to the Court of Federal Claims Bar?  ✔ Yes  ☐ No

Nature of Suit Code: 352
Select only one (three digit) nature-of-suit code from the attached sheet

Agency Identification Code: MC
Number of Claims Involved: 1

Amount Claimed: $ >$50,000
Use estimate if specific amount is not pleaded.

Bid Protest Case (required for NOS 138 and 140):
Indicate approximate dollar amount of procurement at issue: $ _____
    Is plaintiff a small business?  ☐ Yes  ☐ No
    Was this action proceeded by the filing of a  ☐ Yes  ☐ No    Solicitation No. _____
    protest before the GAO?
    If yes, was a decision on the merits rendered?  ☐ Yes  ☐ No

Income Tax (Partnership) Case:
Identify partnership or partnership group: _____

Takings Case:
Specify Location of Property (city/state): _____

Vaccine Case:
Date of Vaccination: _____

Related case:
Is this case directly related to any pending or previously filed  ☐ Yes  ✔ No
case(s) in the United States Court of Federal Claims? If yes, you
are required to file a separate notice of directly related case(s). See RCRC 40.2.